No. 296.  H. V. MERCER ET AL., TRUSTEES IN BANKRUPTCY, ETC., APPELLANTS, v. ANDREW G. DUNLOP, TRUSTEE IN BANK-

RUPTCY, ETC. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. January 4, 1909. Dismissed per stipulation. *Mr. M. H. Boutelle* for appellants. *Mr. Hector Baxter* for appellee.